**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: <br><br> CRYSTAL LAVONNE HEATH <br><br><br> Debtor | Case No.: 18-00645-SMT <br> Chapter 13 <br> Hearing Date: 10/18/2019 <br> Hearing Time:11:00 am |

*************************************************************************

## TRUSTEES MOTION TO DISMISS AND NOTICE OF AN OPPORTUNITY FOR A HEARING

NANCY L. SPENCER GRIGSBY, Chapter 13 Trustee in the above-captioned case ("Trustee"), states that the Debtor is in material default with respect to the terms of the plan as confirmed by the court and requests the Court to dismiss this Chapter 13 case, pursuant to 11 U.S.C. §1307(c)(1). In support of her request, the Trustee respectfully represents the following:

1. The Debtor is in material default with respect to the terms of the plan as confirmed by the Court on January 11, 2019 in that the payments by or for the Debtor have not been made as proposed.

2. The material default consists of approximately $16,075.00, representing 3.57 plan payments.

3. The Order confirming the Chapter 13 Plan provides that "the Debtor is directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending."

4. According to the Trustee's records, the Debtor has not provided a copy of the 2018 tax returns.

5. The material default totals $16,075.00, which consists of approximately 3.57 monthly plan payments totaling $16,075.00.

6. The failure of the Debtor to comply with the terms of the confirmation order has caused an unreasonable delay prejudicial to the creditors, requiring dismissal under 11 U.S.C. §1307(c)(1).

**WHEREFORE**, for reasons stated, the Trustee requests that this Court dismiss this case, and grant such other and further relief as is just and appropriate.

| | |
|---|---|
| Date: <u>September 17, 2019</u> | /s/ **NANCY L. SPENCER GRIGSBY**<br>Chapter 13 Trustee<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD  21401<br>Phone: (301) 805-4700<br>Fax: (301) 805-9577<br>NGRIGSBY@CH13MD.COM |

### NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO DISMISS

**UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT 11:00 am ON 10/18/2019**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

### CERTIFICATE OF SERVICE

I hereby certify that the Motion to Dismiss and Opportunity for a Hearing was served on **September 17, 2019** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

Crystal Lavonne Heath
5356 Chillum Place Ne
Washington, DC  20011
*Debtor*

Kevin Judd Esq
601 Pennsylvania Ave Nw
Suite 900 S
Washington, DC  20004
*Counsel for Debtor*

/s/ **NANCY L. SPENCER GRIGSBY**

Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD  21401
Phone: (301) 805-4700
Fax: (301) 805-9577
NGRIGSBY@CH13MD.COM

**RECEIPT HISTORY**  Case # 18-00645-SMT

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
|---|---|---|---:|
| 12/17/2018 | 5469263000 | EPAY - Standard Payment | $1,320.00 |
| 12/19/2018 | 5469263000 | EPAY - NSF | $(1,320.00) |
| 12/31/2018 | 5499735000 | EPAY - Standard Payment | $1,320.00 |
| 01/11/2019 | 5535617000 | EPAY - Standard Payment | $671.00 |
| 01/29/2019 | 5575252000 | EPAY - Standard Payment | $1,925.00 |
| 04/01/2019 | 5740944000 | EPAY - Standard Payment | $1,925.00 |
| 05/01/2019 | 5822382000 | EPAY - Standard Payment | $1,925.00 |

**TOTAL RECEIPTS: $7,766.00**