**The order below is signed with the addition that it is further ORDERED that despite the dismissal of the case, the court retains jurisdiction to hear proceedings to enforce subpoenas issued by the United States Trustee's office and to hear any proceedings brought under 11 U.S.C. sections 110 or 526 with respect to debt relief agencies involved in this case, and that if the Clerk closes the case, no motion to reopen the case will be required to pursue such proceedings (with the case to be deemed reopened upon the initiation of such proceedings without the necessity of an order decreeing the case reopened. It is further ORDERED that for statistical purposes the Clerk may request the presiding judge to issue an order reopening the case to hear any proceedings brought after the closing of the case as described in the preceding paragraph.**
**Dated: October 10, 2019.**

_____
**S. Martin Teel, Jr.**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**CRYSTAL LAVONNE HEATH**

Case No. **18-00645-SMT**
Chapter 13

Debtor

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   CRYSTAL LAVONNE HEATH
      5356 CHILLUM PLACE NE
      WASHINGTON, DC 20011
      *Debtor*

      KEVIN JUDD ESQ
      601 PENNSYLVANIA AVE NW
      SUITE 900 S
      WASHINGTON, DC 20004
      *Attorney for Debtor*

NANCY L. SPENCER GRIGSBY
*Chapter 13 Trustee*
*185 ADMIRAL COCHRANE DR.*
*SUITE 240*
*ANNAPOLIS, MD  21401*

All Creditors and Parties of Interest